Berna L. Rhodes-Ford, Esq.
Nevada Bar No. 7879
David A. Thoman, Esq.
Nevada Bar No. 12501
RHODES-FORD & ASSOCIATES, P.C.
701 N. Green Valley Parkway, Suite 200
Henderson, Nevada 89074
Telephone (702) 990-3037
Facsimile (877) 799-3037
Email: berna@rhodesford.com

*Attorneys for Defendants*
*Zale Corporation and Zale Delaware, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPHINE LASKOWSKI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ZALE CORPORATION, a Delaware corporation; ZALE DELAWARE, INC., a Delaware corporation,<br><br>　　　　　Defendants. | CASE NO. 2:11-cv-01397-JCM-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 4l(a)(l)(A)(ii), Plaintiff Josephine Laskowski and Defendants Zale Corporation and Zale Delaware, Inc. ("Defendants") by their respective counsel, voluntarily stipulate that the above entitled action shall be dismissed with prejudice, with each party to bear its own fees and costs, including filing fees.

// //

// //

// //

// //

// //

// //

// //

Pursuant to Fed. R. Civ. P. 41(a)(l), this action is DISMISSED WITH PREJUDICE without order of Court.

RESPECTFULLY SUBMITTED:

DATED this 23rd day of March, 2012.

/s/ Berna L. Rhodes-Ford
Berna L. Rhodes-Ford
Nevada Bar No. 7879
David A. Thoman
Nevada Bar No. 12501
RHODES-FORD & ASSOCIATES, P.C.
701 N. Green Valley Parkway, Suite 200
Henderson, Nevada 89074
Tel:   (702) 990-3037
Fax:   (877) 799-3037

*Attorneys for Defendants*
*Zale Corporation and Zale Delaware, Inc.*

DATED this 23rd day of March, 2012.

/s/ Michael P. Balaban
Michael P. Balaban
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV 89141
Tel:   (702) 586-2964
Fax:   (702) 586-3023

*Attorney for Plaintiff*

**IT IS SO ORDERED** April 11, 2012.

United States District Judge

STIPULATION OF DISMISSAL WITH PREJUDICE


## **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Rhodes-Ford & Associates, P.C., and that on this date, I served the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** by causing it to be served via the Court's CMECF system, addressed as follows:

Michael P. Balaban
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV 89141
mbalaban@balaban-law.com

Executed on April 6, 2012.

/s/ Berna L. Rhodes-Ford
Berna L. Rhodes-Ford